COUNTY OF MORRIS v. BARRY SKOKOWSKI, DIRECTOR OF DIVISION OF LOCAL GOVERNMENT SERVICES, DEPARTMENT OF COMMUNITY AFFAIRS, STATE OF NEW JERSEY.

March 31, 1981.

Certification to the Division of Local Government Services is granted.

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA v. STATE OF NEW JERSEY.

March 31, 1981.

Certification to the Superior Court, Law Division, is granted.

JOHN SWYTAK v. JOHNS–MANVILLE PRODUCTS CORP.

April 6, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY NAZARE, JR.

April 6, 1981.

Petition for certification denied.